NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

(Reexamination No. 90/008,853)

## IN RE LIZY KURIAN JOHN

---

2010-1222

---

Appeal from the United States Patent and Trademark Office.

---

## ON MOTION

---

Before RADER, FRIEDMAN, and GAJARSA, *Circuit Judges.*

GAJARSA, *Circuit Judge.*

## ORDER

The Director of the United States Patent and Trademark Office moves to dismiss Lizy Kurian John's appeal for lack of jurisdiction. John responds. The Director replies.

John filed this appeal seeking review of a non-final decision by the Director of the Patent and Trademark Office denying John's petition requesting that the Director vacate or dismiss a reexamination order. Proceedings

are ongoing at the Board of Patent Appeals and Interferences.

The Director argues that this court lacks jurisdiction to review an appeal of a decision by the Director on a petition such as this. We agree. *See In re Makari*, 708 F.2d 709 (Fed. Cir. 1983) (no jurisdiction to review the decision of the Commissioner on a petition). Further, John has not demonstrated that this case should be transferred. John may seek review from a final Board decision.

Accordingly,

IT IS ORDERED THAT:

(1)　The motion to dismiss the appeal is granted.

(2)　Each side shall bear its own costs.

FOR THE COURT

**MAY 1 9 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:　Michael F. Campillo, Esq.
　　Raymond T. Chen, Esq.

s20

Issued as a mandate:　**MAY 1 9 2010**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 9 2010

**JAN HORBALY**
**CLERK**